**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jordan M. Anger*
Assistant U.S. Attorney

970 Broad Street, Suite 700      main: (973) 645-2700
Newark, NJ 07102                  fax:   (973) 297-2010
jordan.anger@usdoj.gov

March 25, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>       Re:    ***Sergey Veremyev v. Bondi***, No. 26-cv-2565 (CCC)

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). In accordance with the Court's March 13, 2026 Order (ECF #4), our response is due on March 27, 2026. Further, the Court's Order required the Respondents to produce, *inter alia*, the transcripts of the two bond hearings previously conducted in the Immigration Court. *Id.* Unfortunately, this Office has been advised by ICE that those transcripts will not be prepared prior to the deadline.

Accordingly, we respectfully write to request an extension of time to file our response until Wednesday April 1, 2026. The undersigned has spoken with Derek A. DeCosmo, Esq., attorney for Petitioner, and he consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Jordan M. Anger*
JORDAN M. ANGER
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  3/26/2026

cc:    All counsel of record (*via ECF*)