**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

*Jordan M. Anger*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jordan.anger@usdoj.gov*

*main: (973) 645-2700*
*fax: (973) 297-2010*

August 21, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Sergey Veremyev v. Bondi*, No. 26-cv-2565 (CCC)**

Dear Judge Cecchi:

The parties submit this joint letter in response to the Court's August 21, 2026 Text Order. ECF No. 15. U.S. Immigration and Customs Enforcement has not appealed Petitioner's grant of legal permanent status and the parties jointly request that this matter be dismissed as moot.

Thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jordan M. Anger*
JORDAN M. ANGER
Assistant United States Attorney
*Attorneys for Respondents*

The Clerk of the Court is directed to close this matter. **SO ORDERED**.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: August 24, 2026

cc: All counsel of record (*via ECF*)